IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JULIUS KEVIN EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:06CV607 |
| | ) | |
| HIGH POINT POLICE | ) | |
| DEPARTMENT, MARK R. CURRY, | ) | |
| CANINE "MAX," BRAD TENNANT, | ) | |
| and UNKNOWN OFFICER (Assisted), | ) | |
| | ) | |
| Defendants. | ) | |

**O-R-D-E-R**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on March 26, 2008, was served on the parties in this action. Plaintiff objected to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's summary judgment motions (Docket Nos. 19 and 75) be **DENIED**, that Defendants' summary judgment motions (Docket

Nos. 64 and 66) be **GRANTED**, and that this action be dismissed with prejudice. **IT IS FURTHER ORDERED** that Plaintiff's motion to obtain a copy of the videotape (Docket No. 87) is **DENIED** for lack of good cause. A Judgment dismissing this action will be entered contemporaneously with this Order.

_____<br>United States District Judge

Date: June 3, 2008